**Tiana HUTCHINS, a minor, by Julia C. OWENS, her grandmother, et al., Appellees,**

v.

**DISTRICT OF COLUMBIA, Appellant.**

No. 96–7239.

United States Court of Appeals, District of Columbia Circuit.

Oct. 1, 1998.

Before EDWARDS, Chief Judge; WALD, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, TATEL and GARLAND, Circuit Judges.

*ORDER*

PER CURIAM.

Upon consideration of the appellant's Suggestion For Rehearing *In Banc,* the response thereto, and the vote by a majority of the judges of the court in regular, active service in favor of the suggestion, it is

**ORDERED** that the suggestion be granted. This case will be reheard by the court sitting *in banc.* The judgment filed herein on May 22, 1998 be vacated. It is

**FURTHER ORDERED** that an order governing further proceedings will issue separately.